UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81150-CIV-RYSKAMP/LYNCH

KIM DOROTHEA MESSICK,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the January 3, 2011 **[DE 35]** report and recommendation of United States Magistrate Judge Frank J. Lynch, Jr. No objections have been filed. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED. Plaintiff's motion for attorneys' fees, filed December 20, 2010 **[DE 33]**, is GRANTED. Plaintiff is awarded $4,997.53 in attorneys' fees subject to offset against any pre-existing debt Plaintiff owes to the United States. The award amount that remains after offset shall be paid directly to Plaintiff's counsel. Defendant shall pay the award within 60 days of the date of this order.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 27th day of January, 2011.

                                                  S/Kenneth L. Ryskamp
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE